JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERMAN BINKLEY, | ) | CASE NO. CV 10-06601-MMM(AJWx) |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING CIVIL ACTION |
| FIRST TRANSIT INC., ET AL, | ) | |
| Defendant(s). | ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to reopen the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:  October 21, 2010

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE